**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
brose@kayerose.com
723 Palisades Beach Road, Suite 108
Santa Monica, California 90402
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff
**Poseidon Global Shipping Pte Ltd**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSEIDON GLOBAL SHIPPING PTE LTD,<br><br>Plaintiff,<br><br>v.<br><br>ARIS CHARTERING CO., LTD.,<br><br>Defendant. | Case No.: 2:21-cv-06325<br><br>IN ADMIRALTY<br><br>VERIFICATION |

Pursuant to 28 U.S.C. § 1746 I, WING ZHANG, hereby declare under penalty of perjury:

1. I am a Senior Manager of Plaintiff Poseidon Global Shipping Ptd Ltd, and authorized to act on the company's behalf;

2. I have read the foregoing Verified Complaint and know the contents thereof; and

3. I believe the matters to be true based on documents and information obtained from employees and representatives of the Plaintiff through its agents, underwriters, and attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

1
VERIFICATION

Date: August 5, 2021
Hong Kong

By: _____
WING ZHANG
Senior Manager for
Plaintiff Poseidon Global
Shipping Ptd Ltd