UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSEIDON GLOBAL SHIPPING PTE LTD,<br><br>      Plaintiff,<br><br>v.<br><br>ARIS CHARTERING CO., LTD.,<br><br>      Defendant. | No. 2:21-cv-06325-JAK-SK<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) (Dkt. 66)**<br>**JS-6** |

Based on a review of the parties' Stipulation of Voluntary Dismissal Without Prejudice Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 66)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the action.

**IT IS SO ORDERED.**

Dated: March 24, 2022

John A. Kronstadt
United States District Judge